IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERRY ANN GOOLD, *et al.*,
   *Plaintiffs*,

v.         CIVIL NO. 23-3527

DANIEL OPREA, *et al.*,
   *Defendants.*

## ORDER

**AND NOW**, this **9th** day of **May 2024**, upon consideration of Defendant Magisterial District Judge Brian Marriott's Motion to Dismiss (ECF No. 9), Defendants Upper Southampton Township and Upper Southampton Township Police Department's Motion to Dismiss (ECF No. 11), and Defendants Daniel and Mary Rose Oprea's Motion to Dismiss (ECF No. 24), along with Plaintiffs' Responses in Opposition (ECF Nos. 12, 14, 25, 26, 27), it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, the Motions to Dismiss (ECF Nos. 9, 11, and 24) are **GRANTED** and this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that if Plaintiffs elect to amend their Complaint, they must do so **within thirty (30) days** of this Order. If Plaintiffs do not do so, this Court will dismiss this case with prejudice.

BY THE COURT:

_/s/ Kai N. Scott_
**HON. KAI N. SCOTT**
**United States District Court Judge**